```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
|     Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
|       v. | * | |
| | * | 1:04-CV-3354-CC |
| ONE 1966 CHEVROLET IMPALA, | * | |
| VIN B2974164, | * | |
| | * | |
|     Defendant. | * | |

**DISMISSAL OF CLAIM**

COMES NOW Mark Sinclaire Womble, Claimant in the above-styled action, and hereby voluntarily dismisses his claim and his answer, showing the Court as follows:

1.

On July 19, 2006, Claimant Womble pleaded guilty to conspiring to unlawfully, knowingly, and intentionally distribute more than five kilograms of cocaine in Criminal Action 5:05-CR-78, MDGa.

2.

As part of his guilty plea, Claimant Womble agreed to forfeit to the United States various assets, including the Defendant Vehicle.

3.

WHEREFORE, Claimant Womble hereby voluntarily dismisses his claim and his answer WITH PREJUDICE.

This 28th day of July, 2006.

                                              Respectfully submitted,

                                              /s/ Nathan J. Wade
                                              Nathan J. Wade
                                              Attorney for Claimant
                                              Georgia Bar No. 390947

Law Offices of Nathan J. Wade, PC
2000 Powers Ferry Road
Suite 2-8
Marietta, GA 30067
(770) 303-0700 *Phone*
(770) 303-0707 *Fax*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2006, I electronically filed **Dismissal of Claim** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney(s) of record:

Russell Phillips

This 28th day of July, 2006.

Respectfully submitted,

/s/ Nathan J. Wade
Nathan J. Wade
Attorney for Claimant
Georgia Bar No. 390947

Law Offices of Nathan J. Wade, PC
2000 Powers Ferry Road
Suite 2-8
Marietta, GA 30067
(770) 303-0700 *Phone*
(770) 303-0707 *Fax*